(134 So. 677)

**Robert L. SULLIVAN v. W. G. WRIGHT & CO. et al.**

8 Div. 259.

Supreme Court of Alabama.

April 2, 1931.

Rehearing Denied May 21, 1931.

---

Wm. L. Chenault, of Russellville, for petitioner.

J. Foy Guin, of Russellville, opposed.

BROWN, J.

Petition of Robert L. Sullivan for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Sullivan v. W. G. Wright & Co. et al., 134 So. 676 (8 Div. 5).

Writ denied.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.